AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

     v.

GONZALEZ BROTHERS INC. dba LA PARRANDA BAR AND NIGHT CLUB; and JOSE R. GONZALEZ,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01853-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court grants default judgment on Claim 1: 47 U.S.C. § 605 in Plaintiff's favor against Defendants Gonzales Brothers Incorporated dba La Parranda Bar and Night Club and Jose R. Gonzales. The remaining claims are dismissed without prejudice. The Court awards Plaintiff $10,000 in statutory damages and $10,000 in enhanced statutory damages for a total award of $20,000 against Defendants.

March 31, 2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk